IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| QUINCY DelMARIO VAUGHN, | ) | |
| Register No. 1081978, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-4056-CV-C-SOW |
| | ) | |
| LEON VICKERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 4, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants George Lombardi, Dave Dormire, and Bill Galloway, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on June 17, 2009. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [12] of June 4, 2009, is adopted. It is further

ORDERED that plaintiff's claims against defendants George Lombardi, Dave Dormire, and Bill Galloway are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: July 10, 2009
Kansas City, Missouri