IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| QUINCY DelMARIO VAUGHN, )<br>Register No. 1081978, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>LEON VICKERS, et al., )<br> )<br>Defendants. ) | Case No. 09-4056-CV-C-SOW |

**<u>ORDER</u>**

On September 9, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including defendants' September 14, 2009 supplemental response in opposition to plaintiff's motion for a temporary restraining order, and plaintiff's exceptions filed on September 21, 2009. The issues raised in plaintiff's exceptions were adequately addressed in the Report and Recommendation. Plaintiff's medical claims can be addressed during the normal processing of this case. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that [37] the Report and Recommendation of September 9, 2009, is adopted. It is further

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.

ORDERED that [29] plaintiff's motion for preliminary injunctive relief is denied.

                                                  /s/ Scott O. Wright
                                                  SCOTT O. WRIGHT
                                                  Senior United States District Judge

DATED: October 6, 2009
Kansas City, Missouri